## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JAMES DEAN FOLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-CV-2218 |
| DAVID RYAN, et al., | ) |
| Defendants. | ) |

### ORDER

Reports and Recommendations (#54), (#55), (#56), and (#57) were filed by the Magistrate Judge in the above cause on March 18, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#54), (#55), (#56), and (#57) are accepted by this court.

(2) Defendants' Vermilion County, Illinois, Vermilion County Sheriff's Department, Pat Hartshorn, Rod Kaag, Pat Ablinger, Ryan Wells and Randall Brinegar Motion to Dismiss (#30) is GRANTED and those Defendants are dismissed.

(3) Defendants' David Ryan and the Law Firm of Dukes, Ryan, Meyer, & Fahey Motion to Dismiss (#32) is GRANTED and those Defendants are dismissed.

(4) Defendant Lauri J. Smith's Motion to Dismiss (#38) is GRANTED and she is dismissed.

(5) Defendant City of Danville's Motion to Dismiss (#48) is GRANTED and City of Danville is dismissed.

(6) Defendants' Lisa Madigan and the State of Illinois Motion to Dismiss (#51) is GRANTED and those Defendants are dismissed.

(7) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 3rd day of May, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE